IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOE HAND PROMOTIONS, INC.**                                                                **PLAINTIFF**

v.                              Case No. **4:24-cv-00862 KGB**

**PIECES OF EIGHT CORP**, *et al.*                                                        **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 7). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 18th day of December, 2024.

_____
Kristine G. Baker
Chief United States District Judge